USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/26/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

- v. -

**JUSTIN LOPEZ,**

                    **Defendant.**

-------------------------------------------------------------------- x

**25 CR 386 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Arraignment set for **September 4, 2025,** at **2:30 p.m.**

**SO ORDERED.**

**Dated:**   **New York, New York**
           **August 26, 2025**

                                                   **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**