```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10\24\25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

               - v. -

Justin Lopez,

                     Defendant.

------------------------------------------------------------------ x

25-CR-386 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Status Conference scheduled for November 13, 2025, at 4:00 p.m. has been converted to a Change of Plea Hearing.

**SO ORDERED.**

Dated:    New York, New York
            October 24, 2025

                                          ANDREW L. CARTER, JR.
                                          United States District Judge