# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2026

**By ECF and Email**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  ___1/29/26___

Re:    **United States v. Justin Lopez**
       **25 Cr. 386 (ALC)**
       **Request to Change Dates of Sentencing Submissions**

Dear Judge Carter,

I write with the consent of the government to respectfully request that the Court modify the due dates for the parties' Sentencing Submissions. The Defense Submission is currently due January 29, 2026. The Final Presentence Report [PSR] from Probation is not due until February 5. I am informed by Probation that the PSR may be completed before that date, and I seek leave from the Court to file my submission the following day, providing me an opportunity to review and discuss the PSR.

In consenting to my request, the government requests that they be permitted to file their Sentencing Submission, currently due February 5, two days after the Defense Submission is filed.

Thank you for your consideration.

Respectfully submitted,

The application is **GRANTED**.
So Ordered.

/s/
Michael Rooney
Counsel for Mr. Lopez

*[signature]* 1/29/26

CC: AUSA Angela Zhu, Esq.